8 B 250B (Rev. 12/09)

# UNITED STATES BANKRUPTCY COURT

EASTERN _____ DISTRICT OF _____ MISSOURI

**In re**

    Linda L Branneky      **Debtor(s).**

Bankruptcy Case No.
14-40052-705

**Chapter 7**

    Linda L Branneky

    v.      **Plaintiff(s).**

    United States Department of Education

     **Defendant(s).**

Adversary Proceeding No.
**14-4100-399**

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## SUMMONS AND NOTICE OF TRIAL
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| U.S. Bankruptcy Court, Eastern District of Missouri |
| 111 South Tenth Street, Fourth Floor |
| St. Louis, MO 63102 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| M. Dwight Robbins / Robbins Law Office |
| P.O. Box 87 |
| Fredericktown, MO 63645 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.
YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom |
|---|---|
| United States Bankruptcy Court | 5 North |
| Thomas F. Eagleton Courthouse | **Date and Time** |
| 111 S. Tenth Street | August 20, 2014 |
| St. Louis, MO 63102 | 2:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dana C. McWay

*Clerk of the Bankruptcy Court*

June 19, 2014          By: _____ Wynne Marie Abernathy _____
*Date*                                                                              *Deputy Clerk*

# CERTIFICATE OF SERVICE

I, __M. Dwight Robbins__, certify that service of this summons
   (name)
and a copy of the complaint was made __August 14, 2014__ by:
                                         (date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
                                                                              (name of state)
as follows: [Describe briefly]

   If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

   Under penalty of perjury, I declare that the foregoing is true and correct.

__August 14, 2014__                            __/m/__
      Date                                        Signature

Print Name: M. Dwight Robbins
Business Address: P.O. Box 87
City: Fredericktown   State: MO   Zip: 63645