# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LINDA L. BRANNEKY, | ) | Case No. 14-40052-705 |
|     Debtor, | ) | Chapter 7 |
| | ) | |
| LINDA L. BRANNEKY, | ) | |
|     Plaintiff, | ) | Adv. Proceeding No. 14-04100-399 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF EDUCATION, | ) | |
|     Defendant. | ) | |

## JUDGMENT

Judgment is hereby entered in favor of the Plaintiffs LINDA L. BRANNEKY, and against the Defendant, UNITED STATES DEPARTMENT OF EDUCATION, in accordance with the terms of the Agreed Order entered separately.

DATED: January 8, 2015  
St. Louis, Missouri  
cke

*/s/ Barry S. Schermer*  
Barry S. Schermer  
United States Bankruptcy Judge

Respectfully submitted,

*/s/ M. Dwight Robbins*  
By: _____  
M. Dwight Robbins #34842 MO  
Attorney at Law  
P. O. Box 87  
Fredericktown, MO 63645  
(573) 783-5353  
(573) 783-6636 fax  
Email: robbinslawoffice@gmail.com  
Attorney for Plaintiff Linda Branneky

Agreed to by,

RICHARD G. CALLAHAN  
United States Attorney

*/s/ Jane Rund*  
By: _____  
Jane Rund   #47298 MO  
Assistant United States Attorney  
111 South Tenth St., Room 20.333  
St. Louis, MO 63102  
(314) 539-7636  
(314) 539-2287  fax  
Email:  Jane.Rund@usdoj.gov  
Attorneys for U. S. Department of Education

*Copies to:*

M. Dwight Robbins #34842 MO
Attorney at Law
P. O. Box 87
Fredericktown, MO 63645

RICHARD G. CALLAHAN
United States Attorney
Jane Rund   #47298 MO
Assistant United States Attorney
111 South Tenth St., Room 20.333
St. Louis, MO 63102

Linda Branneky
404 Perrine
Farmington MO 63640

US Department of Education
Department of Eduction Building
400 Maryland Ave SW
Washington DC 20201

Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102

Trustee
Stuart Jay Radloff
13321 N. Outer 40 Rd, Suite 800
St. Louis, MO 63017